

# Center for Disability Advocacy Rights (CeDAR), Inc.

## 325 Broadway, Suite 203
## New York, New York 10007
Tel. (212) 979-7575
Fax (212) 979-8778

**CHRISTOPHER J. BOWES**
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7575

> ### MEMO ENDORSED

February 21, 2020

Via ECF
Hon Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     Lewis v. Saul
19 Civ.  8254 (AJN)(OTW)

Dear Judge Wang:

I am writing to seek an extension of time to file plaintiff's Motion for Judgment on the Pleadings in this case.  Plaintiff's papers are due to be filed today.  This is plaintiff's first request for an extension of time.

I am having difficulties completing Mr Lewis' papers today on account of a significant workload over the past three weeks and as a result,  I remain well behind finishing these papers today.  I have sought consent from opposing counsel, AUSA Joseph Pantoja, but have not heard back from him as of this writing.

| | |
|---|---|
| February 28, 2020 | Plaintiff's Motion for Judgment on the Pleadings |
| April 28, 2020 | Defendant's Opposition/Cross-Motion |
| May 19, 2020 | Plaintiff' Reply |

Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:     Joseph A. Pantoja, Esq.

---

**Application DENIED as premature.** The parties are referred to the operative briefing schedule at ECF 21. The Clerk is directed to close ECF 22.
**SO ORDERED.**

_____
Ona T. Wang       2/24/20
U.S. Magistrate Judge