

# Center for Disability Advocacy Rights (CeDAR), Inc.
### 325 Broadway, Suite 203
### New York, New York 10007
Tel. (212) 979-7575

**CHRISTOPHER J. BOWES**
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7575

<div style="text-align:center; border: 1px solid red; padding: 4px; display:inline-block;">**MEMO ENDORSED**</div>

April 3, 2020

*Via ECF*
Hon Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Lewis v. Saul
19 Civ. 8254 (AJN)(OTW)

Dear Judge Wang:

    I am writing to seek an extension of time, <u>nunc pro tunc</u>, to file plaintiff's Motion for Judgment on the Pleadings in this case. Plaintiff's papers were due on March 13, 2020. This is plaintiff's first request for an extension of time. .

    I apologize for missing this deadline last month. It's been a frantic month in my household with my children moving to home based schooling. With the transition of moving my work to home, this matter has been overlooked. With the kind consent of opposing counsel, AUSA Joseph Pantoja, I respectfully request the revised briefing schedule:

| Date | Event |
|---|---|
| April 7, 2020 | Plaintiff's Portion of Joint Stipulation |
| May 7, 2020 | Defendant's Portion of Joint Stipulation |
| May 21, 2020 | Plaintiff' Reply |
| May 24, 2020 | Filing of Joint Stipulation |

~~Thank you for Your Honor's attention to this matter.~~

~~Very truly yours,~~

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:     Joseph A. Pantoja, Esq.

---

**Endorsement:**

Extension of time granted nunc pro tunc. The Court agrees home-based learning presents challenges. The Clerk of Court is directed to close ECF 26.
**SO ORDERED.**

_____
Ona T. Wang 4/6/20
U.S.M.J.