**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                  :

EMMANUEL MARK LEWIS                 :        **ORDER**

            Plaintiff,                      :

            -against-                  :        No. 19-CV-8254 (OTW)

COMMISSIONER OF SOCIAL SECURITY,   :

            Defendant.               :
-------------------------------------------------------------X

**ONA T. WANG, United States Magistrate Judge:**

       The parties are directed to appear for a conference on March 25, 2021 at 11:00 am.

Dial-in (866) 390-1828, access code 1582687.

       **SO ORDERED.**

                                                _s/ Ona T. Wang_
Dated: March 16, 2021                              **Ona T. Wang**
       New York, New York                United States Magistrate Judge