**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                                          :

EMMANUEL MARK LEWIS                     :          **ORDER**

                    Plaintiff,                        :

                    -against-                    :         No. 19-CV-8254 (OTW)

COMMISSIONER OF SOCIAL SECURITY,     :

                    Defendant.                  :
------------------------------------------------------------X

**ONA T. WANG, United States Magistrate Judge:**

      This matter is before the Court on Plaintiff's complaint for judicial review of an unfavorable final decision by the Commissioner of Social Security regarding Plaintiff's application for disability insurance benefits. The parties have consented to entry of final judgment by a United States Magistrate Judge, pursuant to 28 U.S.C. §636(c). The Court, having reviewed the record, the administrative transcript, the parties' joint stipulation, applicable law, and having heard oral argument, finds as follows:

      For the reasons announced by the Court on the record at the conclusion of the parties' oral argument in this matter on March 25, 2021, the Court **GRANTS** the Plaintiff's Motion for Judgment on the Pleadings (ECF 30) insofar as the case is **REMANDED** for further proceedings pursuant to 42 U.S.C. § 405(g), and **DENIES** the Commissioner's Cross-Motion for Judgment on the Pleadings (ECF 30).

The parties are directed to order a copy of the March 25, 2021 hearing transcript and split the costs. Plaintiff shall file a motion for fees or a stipulation resolving the same within 30 days of this Order.

The Clerk of the Court is respectfully directed to terminate all pending motions and close this case.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: March 25, 2021<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |