**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EMMANUEL MARK LEWIS,

                      Plaintiff,                      19 **CIVIL** 8254 (OTW)

      -against-                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated March 25, 2021, For the reasons announced by the Court on the record at the conclusion of the parties' oral argument in this matter on March 25, 2021, the Court **GRANTS** the Plaintiff's Motion for Judgment on the Pleadings (ECF 30) insofar as the case is **REMANDED** for further proceedings pursuant to 42 U.S.C. § 405(g), and **DENIES** the Commissioner's Cross-Motion for Judgment on the Pleadings (ECF 30); accordingly, this case is closed.

**Dated:**  New York, New York
           March 25, 2021

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                  **BY:**
                                                             **Deputy Clerk**