**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
                          :

EMMANUEL MARK LEWIS                    :       **ORDER**

                        :

         Plaintiff,          :

                        :

        -against-          :       No. 19-CV-8254 (OTW)

                        :

COMMISSIONER OF SOCIAL SECURITY,   :

                        :

        Defendant.       :

                        :
--------------------------------------------------------------X

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's request to defer filing a memorandum of law in support of his application for attorney's fees and to accept the EAJA application as timely filed. (ECF 36). The request is **GRANTED**. The memorandum of law is due by August 23, 2021. The parties are further directed to meet and confer regarding potential settlement of the fees issue.

      **SO ORDERED.**

                                _s/ Ona T. Wang_
Dated: June 30, 2021                       **Ona T. Wang**
     New York, New York            United States Magistrate Judge